AO 240A (1/94)

# United States District Court

DISTRICT OF MINNESOTA

Will A. Sandstrom,

Plaintiff(s),

vs.

Iron World, Chisholm, MN and Iron Range Resources and Rehabilitation Commission (IRRRB), Defendant(s).

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

CASE NUMBER: Civ. 00-1499 (JRT/RLE)

Having considered the application to proceed without prepayment of fees under 28 U.S.C. §1915;

IT IS ORDERED that the application is:

[x] GRANTED.

[ ] The clerk is directed to file the complaint.

[x] IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

[ ] DENIED, for the following reasons:

ENTER this 5th day of July, 2000.

Raymond L. Erickson
Signature of Judicial Officer

Raymond L. Erickson
United States Magistrate Judge
Name and Title of Judicial Officer

FILED JUL 05 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

(4)