**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Will Arnold Sandstrom,

Plaintiff,

vs.

Ironworld, Chisholm, MN Iron Range Resources and Rehabilitation Board (IRRRB), Eveleth, MN, John Swift in his individual capacity and in his official capacity as Commissioner of the IRRRB: Jodi Phelps, in her individual capacity and in her official capacity as director of Ironworld: and Jill Varichak, in her individual capacity and in her official capacity as program and marketing director of Ironworld,

Defendants.

Civil File No. 00-1499 RLE

**ORDER OF DISMISSAL WITH PREJUDICE**

The above-entitled matter is before the undersigned Magistrate Judge of District Court on the parties' fully executed Stipulation of Dismissal With Prejudice. Pursuant to Fed. R. Civ. P. 41(a), the parties agree and stipulate that this matter is dismissed with prejudice, without further award of any costs, disbursements and attorney's fees to any of the parties herein.

Based on the foregoing, and all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that:

Pursuant to the fully executed Stipulation of Dismissal With Prejudice submitted by the

(32)

FEB 12 2001

parties, this matter is dismissed with prejudice, without further award of any costs, disbursements and attorney's fees to any of the parties herein.

Dated: 2/12/01

Raymond L. Erickson
RAYMOND L. ERICKSON
United States Magistrate Judge

AG: 451903,v. 01